MARCUS & ZELMAN, LLC
Corp/Business Service

# UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

## AFFIDAVIT OF SERVICE



*52568*

Index no : 1:16-CV-10858
Date of Purchase: 11/21/2016
Office No: N/A

| Plaintiff(s): | BINYSM PINK |
| --- | --- |
| Defendant(s): | SIRIUS XM RADIO, INC. |

STATE OF NEW YORK COUNTY OF RICHMOND   ss.:

**JOSEPH P. F. DONOVAN**, the undersigned, being duly sworn, deposes and says:
I am over the age of 18 years and not a party to this action. I reside in the state of New York. I reside in Richmond county.

On **12/07/2016** at **9:57 AM**, I served the within **CIVIL COVER SHEET, SUMMONS IN A CIVIL CASE AND COMPLAINT FOR VOLATIONS OF THE TELEPHONE CONSUMER PROTECTION ACT- DEMAND FOR JURY TRIAL** with index number and date of filing thereupon affixed on **SIRIUS XM RADIO, INC.** a Domestic/Foreign Corporation (one of) the **Defendant(s)** at **111 EIGHTH AVE, NEW YORK, NY 10011** in the manner indicated below:

By delivering to and leaving personally with **NORA DINDYAL, PROCESS SPECIALIST** a managing agent who indicated that he/she was authorized to accept service on behalf of the entity, a true copy of each thereof.

Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of service as follows:

| Sex | Color of skin/race | Color of hair | Age(Approx) | Height(Approx) | Weight (Approx) |
| --- | --- | --- | --- | --- | --- |
| Female | Brown | Black | 50 | 5'0"-5'3" | 100-130 lbs |
| Other Features: | | | | | |

Sworn to and subscribed before me on
this 8 Day of December 2016

_Notary Public,_

TARA DONOVAN
NOTARY PUBLIC, STATE OF NEW YORK
No. 01SL6210234
Qualified in Richmond County
My Commission Expires August 10, 2017

X _____
JOSEPH P. F. DONOVAN
License#: 1292936
Reliant Court Services, Inc.
3275 Veterans Hwy., Ste. B-12
Ronkonkoma, NY 11779
NYC DCA Process Serving Agency Lic.#: 1382164

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 12/7/16 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| JOSEPH P.F. DONOVAN | PROCESS SERVER |

Check one box below to indicate appropriate method of service

☑ Served personally upon the defendant. Place where served: 111 EIGHTH AVE., NEW YORK, NY 10011

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): PAPERS SERVED UPON SIRIUS XM RADIO, INC. ON 12/7/16 @ 9:57AM, CIVIL COVER SHEET, SUMMONS IN A CIVIL CASE AND COMPLAINT FOR VIOLATIONS OF THE TELEPHONE CONSUMER PROTECTION ACT - DEMAND FOR JURY TRIAL WERE ACCEPTED BY NORA DINDYAL, PROCESS SPECIALIST.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 12/8/2016

Signature of Server: JOSEPH P.F. DONOVAN, LICENSE NO.; 1292936
Reliant Court Services Inc.
3275 Veterans Highway, Suite B-12
Ronkonkoma, NY 11779

Address of Server: PROCESS SERVING AGENCY LICENSE NO. 1382164

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.