# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| BINYAMIN PINKUS, | Civil Action No.: 1:16-cv-10858 |
| *Plaintiff,* | |
| v. | Judge Gary Feinerman |
| SIRIUS XM RADIO INC., | |
| *Defendant.* | |
| SIRIUS XM RADIO INC., | |
| *Third-Party Plaintiff*, | |
| v. | |
| DIALAMERICA MARKETING, INC., JNET COMMUNICATIONS LLC, d/b/a SERVICOM LLC, THE RESULTS COMPANIES LLC, CAREER HORIZONS, INC., d/b/a TELESERVICES DIRECT, IPACESETTERS, LLC, and CONVERGYS CORPORATION, f/k/a STREAM INTERNATIONAL INC., | |
| *Third-Party Defendants*. | |

## THIRD-PARTY DEFENDANT DIALAMERICA MARKETING, INC.'S MOTION TO DISMISS

Third-Party Defendant DialAmerica Marketing, Inc. ("DialAmerica"), by its attorneys, respectfully moves the Court to dismiss Defendant/Third-Party Plaintiff Sirius XM Radio, Inc.'s Third-Party Complaint as to DialAmerica. As more fully explained in the Memorandum of Law in Support of this Motion, DialAmerica seeks dismissal pursuant to the doctrine of *forum non conveniens* and Fed. R. Civ. P. 12(b)(1).

-2-

Dated: February 22, 2017          Respectfully submitted,

<div style="margin-left:40%">

/s/ Michael McCluggage
Michael L. McCluggage
Gregory M. Schweizer
EIMER STAHL LLP
224 South Michigan Avenue
Chicago, Illinois 60604
*and*
Jeffrey M. Garrod (*pro hac vice*)
Matthew T. Aslanian (*pro hac vice*)
ORLOFF, LOWENBACH,
STIFELMAN & SIEGEL, P.A.
101 Eisenhower Parkway, Suite 400
Roseland, New Jersey 07068-1097
*Attorneys for DialAmerica Marketing, Inc.*

</div>

## **CERTIFICATE OF SERVICE**

  I, Michael L. McCluggage, an attorney, hereby certify that I have caused a copy of the foregoing document to be filed through the Court's Case Management/Electronic Case Files (CM/ECF), a public system, on February 22, 2017.

              /s/ Michael L. McCluggage