IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| BINYAMIN PINKUS, | : | Case No. 1:16-cv-10858 |
| Plaintiff, | : | Honorable Gary Feinerman<br>Judge Presiding |
| vs. | : | |
| SIRIUS XM RADIO, INC., | : | Honorable Sidney I. Schenkier<br>Magistrate Judge |
| Defendant, | : | |
| vs. | : | |
| DIALAMERICA MARKETING, INC., *et al.*, | : | |
| Third-Party Defendants. | : | |
| | : | |

**JOINT MOTION OF PLAINTIFF BINYAMIN PINKUS AND THIRD-PARTY DEFENDANT JNET COMMUNICATIONS, LLC D/B/A SERVICOM TO DISMISS CERTAIN CLAIMS AND SERVICOM AS A PARTY TO THIS ACTION**

Plaintiff Binyamin Pinkus ("Mr. Pinkus") and Third-Party Defendant JNet Communications, LLC d/b/a ServiCom ("ServiCom") move this Honorable Court, pursuant to Fed. R. Civ. Pro. 41(a)(2), for an order dismissing certain claims and dismissing ServiCom as a Third-Party Defendant.[1]  Mr. Pinkus, Sirius, ServiCom, and all other Third-Party Defendants except DialAmerica Marketing, Inc. ("DialAmerica") consented to the Stipulation of Dismissal previously submitted to this Court.  They agree that certain claims should be dismissed without prejudice and that ServiCom should be dismissed as a party to this action.  Due to DialAmerica's unreasonable refusal to consent, the Stipulated Dismissal could not be accepted by the Court.  Therefore, Mr. Pinkus and ServiCom move this Court for dismissal without prejudice of certain

---

[1] Defendant/Third-Party Plaintiff Sirius XM Radio does not oppose this Motion.

1

claims of the Plaintiff and to dismiss ServiCom as a Third-Party Defendant to this action. A Memorandum in Support follows.

                Respectfully submitted:

                */s/ Helen Mac Murray*
                Helen Mac Murray (6318586)
                Lisa Messner (Ohio Bar No. 0074034)
                  Admitted *Pro Hac Vice*
                Mac Murray & Shuster LLP
                6530 West Campus Oval, Suite 210
                New Albany, OH  43054
                (614) 939-9955 phone
                (614) 939-9954 fax
                Email:  hmacmurray@mslawgroup.com
                Email: lmessner@mslawgroup.com
                *Attorneys for JNet Communications LLC d/b/a ServiCom LLC*

                */s/ Yitzchak Zelman*
                Yitzchak Zelman
                Marcus & Zelman, LLC
                1500 Allaire Avenue, Suite 101
                Ocean, New Jersey 07712
                Phone: (732) 695-3282
                Facsimile: (732) 298-6256
                Email: yzelman@marcuszelman.com
                *Attorney for Plaintiff*

## **MEMORANDUM IN SUPPORT OF MOTION**

  ServiCom is joined by Mr. Pinkus in this Motion to dismiss certain claims and to dismiss ServiCom as a party from this action.  Mr. Pinkus agrees that a dismissal without prejudice is appropriate at this time.

  This Motion is necessitated by DialAmerica's refusal to sign a proposed Stipulation of Dismissal to which all other parties agreed.  DialAmerica requests that ServiCom provide it with

information provided to Plaintiff's counsel about ServiCom's dialing system. ServiCom will not provide this information to DialAmerica because it is highly proprietary.

DialAmerica and ServiCom are vendors who conduct marketing campaigns for many companies, including Sirius. They are direct competitors. ServiCom's dialing systems were expensive to develop and implement, yield a competitive advantage and are highly proprietary. As a result, ServiCom closely guards information about its systems and deems them highly confidential.

ServiCom provided information to Plaintiff's counsel about its dialer system so he could evaluate the merits of Plaintiff's claims. Plaintiff is not one of ServiCom's competitors and reviewed the materials only to evaluate Plaintiff's claims. In contrast, DialAmerica is a direct competitor and does not need ServiCom's information to evaluate Plaintiff's claims or Defendant's third-party claims. The dialer system used by ServiCom has no bearing on whether the one used by DialAmerica is an unlawful automatic dialer system. Therefore, the information demanded is irrelevant and ServiCom would vehemently oppose this request if made in formal discovery.

Moreover, ServiCom's compliance with the TCPA is a matter of public record. Sirius, Servicom, and DialAmerica were involved in a prior TCPA class action filed in the Eastern District of Virginia, *Hooker v. Sirius XM Radio, Inc.* Expert witnesses reviewed Sirius's vendors' calling systems and rendered opinions and reports. Although those reports were confidential, they precipitated a settlement of the class action. In the Joint Motion for Approval of Proposed Settlement Agreement, the parties referred the Court to the "Servicom model" as an exemplar[2] of the system that the other vendors should follow. The proposed class action agreement included

---

[2] Although, it should be noted that the publicly filed Joint Motion and other materials did not contain any confidential information about Servicom's systems and procedures.

terms for TCPA compliance. The Court approved that proposed settlement and issued an Order accordingly.

ServiCom provided the Joint Motion, Class Action Settlement, and Order to Mr. Pinkus. Based on this information and explanation of ServiCom's dialer process, Mr. Pinkus agreed to dismiss claims related to the calls placed by ServiCom. In turn, Sirius agreed to dismiss ServiCom from this matter.

Significantly, ServiCom also provided to Dial America the Joint Motion, Class Action Settlement, and Order it provided to Mr. Pinkus during settlement negotiations. These documents show that ServiCom used a dialing system that is not an unlawful automatic dialer. The only information withheld from DialAmerica is ServiCom's proprietary dialer process and system. DialAmerica's insistence on receiving that information as contingent to sign the Stipulated Dismissal is unreasonable.

Fed. R. Civ. Pro. 41(c) permits voluntary dismissal of third-party claims before a responsive pleading is served. Once a responsive pleading is filed, a notice of voluntary dismissal under Fed. R. Civ. Pro. 41(a)(1)(A)(i) is not possible. Instead, parties must either (1) file a stipulation of dismissal signed by all parties who have appeared pursuant to Fed. R. Civ. Pro. 41(a)(1)(A)(ii), or (2) seek dismissal through a court order under Fed. R. Civ. Pro. 41(a)(2).

In this case, most Third-Party Defendants have filed responsive pleadings to Sirius's Third-Party Complaint. Therefore, due to DialAmerica's unjustified refusal to sign the Stipulation of Dismissal, a formal motion is necessary. Given that the only parties with pending or potential claims against ServiCom consent to this dismissal, ServiCom respectfully requests that Plaintiff's claims relating to the calls ServiCom placed (identified in the attached Exhibit A) be dismissed

without prejudice against Sirius and that Sirius' third-party claims against ServiCom also be dismissed without prejudice.

                 Respectfully submitted:

                 */s/ Helen Mac Murray*
                 Helen Mac Murray (6318586)
                 Lisa Messner (Ohio Bar No. 0074034)
                   Admitted *Pro Hac Vice*
                 Mac Murray & Shuster LLP
                 6530 West Campus Oval, Suite 210
                 New Albany, OH 43054
                 (614) 939-9955 phone
                 (614) 939-9954 fax
                 Email: hmacmurray@mslawgroup.com
                 Email: lmessner@mslawgroup.com
                 *Attorneys for JNet Communications LLC d/b/a ServiCom LLC*

                 */s/ Yitzchak Zelman*
                 Yitzchak Zelman
                 Marcus & Zelman, LLC
                 1500 Allaire Avenue, Suite 101
                 Ocean, New Jersey 07712
                 Phone: (732) 695-3282
                 Facsimile: (732) 298-6256
                 Email: yzelman@marcuszelman.com
                 *Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing was filed through the Court's electronic filing system which will notify all counsel of record on this 8th 3rd day of March, 2017.

                                                              */s/ Helen Mac Murray*
                                                              Helen Mac Murray (6318586)