**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| BINYAMIN PINKUS,<br><br>**Plaintiff,**<br><br>-against-<br><br>SIRIUS XM RADIO, INC.,<br><br>**Defendant.** | Civil Case No.: 1:16-cv-10858<br><br>Hon. Gary S. Feinerman, U.S.D.J. |

### STIPULATION OF DISMISSAL

The parties hereby stipulate to the Plaintiff's voluntary dismissal of Plaintiff's sole remaining claim against Defendant SIRIUS XM RADIO, INC., arising from any prerecorded voice messages Plaintiff alleges to have received from SIRIUS XM RADIO, INC. Those claims, and those claims only, are dismissed against the Defendant in the above-captioned matter, without prejudice.

RESPECTFULLY SUBMITTED AND DATED this 5th day of September, 2018.

Respectfully submitted:

| | |
|---|---|
| */s/ Yitzchak Zelman* <br>Yitzchak Zelman<br>Marcus & Zelman, LLC<br>701 Cookman Avenue, Suite 300<br>Asbury Park, New Jersey 07712<br>Phone: (732) 695-3282<br>Facsimile: (732) 298-6256<br>Email: yzelman@marcuszelman.com<br>*Attorney for Plaintiff* | */s/ Allison Waks*<br>Allison Waks, Esq.<br>Jones Day<br>250 Vesey Street<br>New York, NY 10281<br>Tel: (212) 326-3939<br>Fax: (212) 755-7306<br>Email: laarmstrong@jonesday.com<br>Attorneys for Sirius XM Radio |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was filed through the Court's electronic filing system which will notify all counsel of record on this 5th day of September, 2018.

>  /s/ Yitzchak Zelman
> Yitzchak Zelman
> Marcus & Zelman, LLC